992

No. 268, Misc. AUSTIN v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. Petitioner pro se. *Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 320, Misc. BROWN v. WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. Petitioner pro se. *Earl Faircloth,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 440, Misc. THOMAS v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner pro se. *Earl Faircloth,* Attorney General of Florida, and *Stanley D. Kupiszewski, Jr.,* Assistant Attorney General, for respondent.

No. 483, Misc. PELLETIER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Thomas J. Greer, Jr.,* for petitioner. *Solicitor General Marshall* for the United States.

No. 507, Misc. JONES v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner pro se. *Louis J. Lefkowitz,* Attorney General of New York, for respondent.

No. 563, Misc. BRENT v. LOUISIANA. Sup. Ct. La. Certiorari denied. Petitioner pro se. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Second Assistant Attorney General, *Sargent Pitcher, Jr.,* and *Ralph L. Roy* for respondent.

No. 632, Misc. LAMACCHIO ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioners pro se. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.